UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS


FILED
FEB 0 5 2024
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Israel Aceves )
_____ )
_____ )
_____ )  CIVIL ACTION
(Name of the plaintiff or plaintiffs) )
        v. )  NO. 24-3022
Central Management )  21B-2020-01126
Services )
_____ )
(Name of the defendant or defendants) )

## COMPLAINT OF EMPLOYMENT DISCRIMINATION

1. Plaintiff ☐ DOES ☑ DOES NOT demand a jury trial.

### I. PARTIES

2. The plaintiff is __Israel Aceves__,
whose street address is __1515 Scottsdale Dr.__,
(city) __Champaign__ (state) __IL__ (ZIP) __61821__
(Plaintiff's telephone number) (__217__) – __721-7300__

3. The defendant is __Central Management Services__, whose
street address is __401 S. Spring St. Ste. 503__,
(city) __Springfield__ (state) __IL__ (ZIP) __62706__
(Defendant's telephone number) (__312__) – __793-0435__

4. The alleged discrimination occurred at __Central Management Services__
(city) __Springfield__ (state) __IL__ (ZIP) __62706__

5. The plaintiff [*check one box*]

    (a) ☐ was denied employment by the defendant.

    (b) ☑ was hired and is still employed by the defendant.

    (c) ☐ was employed but is no longer employed by the defendant.

6. The defendant discriminated against the plaintiff on or about, or beginning on or about, (month) December, (day) 6, (year) 2023.

## II. JURISDICTION

7. Jurisdiction over this claim is based on 28 U.S.C. § 1331. Plaintiff alleges that the defendant(s) discriminated against Plaintiff because of Plaintiff's:

    ☐ Age (The Age Discrimination in Employment Act, 29 U.S.C. § 621)

    ☐ Color (Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e)

    ☐ Disability (The Americans with Disabilities Act, 42 U.S.C. § 12101 and/or The Rehabilitation Act, 29 U.S.C. § 701)

    ☑ National Origin (Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e)

    ☑ Race (Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e)

    ☑ Race (42 U.S.C. § 1981)

    ☐ Religion (Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e)

    ☐ Sex/Gender (Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e)

    ☐ Sex/Gender (Equal Pay Act, 29 U.S.C. § 206)

    ☐ Use of Leave (Family and Medical Leave Act, 29 U.S.C. § 2611)

    ☑ Other (list): __Whistleblowing - retaliation__

8. Plaintiff ☐ HAS ☑ HAS NOT filed a charge before the United States Equal Employment Opportunity Commission (EEOC) relating to this claim of employment discrimination. **[Attach a copy of charge to this complaint.]**

9. Plaintiff ☑ HAS ☐ HAS NOT filed a charge before the Illinois Department of Human Rights (IDHR) relating to this claim of employment discrimination. **[Attach a copy of charge to this complaint.]**

10. Plaintiff ☑ HAS ☐ HAS NOT received a Right to Sue Notice. If yes, Plaintiff's Right to Sue Notice was received on or about (date) __1/23/24__.

   [Attach copy of Notice of Right to Sue to this complaint.]

### III. FACTS IN SUPPORT OF CLAIM

11. The defendant intentionally discriminated against Plaintiff [*check only those that apply*]:

    (a) ☐ by failing to hire the plaintiff.

    (b) ☐ by terminating the plaintiff's employment.

    (c) ☑ by failing to promote the plaintiff.

    (d) ☐ by failing to stop harassment;

    (e) ☐ by failing to reasonably accommodate the plaintiff's disabilities.

    (f) ☐ by failing to reasonably accommodate the plaintiff's religion.

    (g) ☑ by retaliating against the plaintiff because the plaintiff did something to assert rights protected by the laws;

    (h) ☐ by coercing, intimidating, threatening or interfering with the plaintiff's exercise or enjoyment of rights;

    (i) ☐ with respect to the compensation, terms, conditions, or privileges of employment;

    (j) ☐ other (specify):_____

12. State here briefly and as clearly as possible the essential facts of your claim. Describe precisely how each defendant in this action is involved. Give dates and places. Concentrate on describing as clearly and simply as possible what employment action or situation you allege to have been illegal and how it violated your rights. It is not necessary to make legal arguments or cite any cases or statutes.

I applied for a promotion on or about November, 2023. On or about 12/6/23 I had a meeting (recorded), in which Katrina McCarver states, I was the most qualified and senior employee, but she decided to bypass me. She said I wasn't a good fit - yet I am already part of the team - on a diff. unit. Furthermore, I Blew the whistle to our Compliance department on or about mid December 2023. I was retaliated against, and was suspended.

13. THEREFORE, the plaintiff asks that the court grant the following relief to the plaintiff [*check only those that apply*]

(a) ☐   Direct the defendant to hire the plaintiff.

(b) ☐   Direct the defendant to re-employ the plaintiff.

(c) ☒   Direct the defendant to promote the plaintiff.

(d) ☐   Direct the defendant to reasonably accommodate the plaintiff's religion.

(e) ☐   Direct the defendant to reasonably accommodate the plaintiff's disabilities.

(f) ☒   Direct the defendant to (specify): _____

_Hold the parties involved accountable._
_Katrina McCarver_
_Daniel Mumpher_
_Remove employee discipline from employee file_

(g) ☑ If available, grant the plaintiff appropriate injunctive relief, lost wages, liquidated/double damages, front pay, compensatory damages, punitive damages, prejudgment interest, post-judgment interest, and costs, including reasonable attorney fees and expert witness fees.

(h) ☑ Grant such other relief as the Court may find appropriate.

_Israel Aceves_
(Plaintiff's signature)

_Israel Aceves_
(Plaintiff's name)


_1515 Scottsdale Dr._
(Plaintiff's street address)

(City) _Champaign_ (State) _IL_ (ZIP) _61821_

(Plaintiff's telephone number) (_217_) – _721-7300_

Date: _1/30/24_

5

# Rebuttal to 15 day Suspension

I am writing to bring to your attention a matter of great concern regarding the recent decision to impose a 15-day suspension on me. I strongly believe that this action is a direct result of retaliation due to my involvement in raising concerns about the wrongdoings within CMS to OEIG, and it is completely unjust.

The severity of the punishment, which stems from what I perceive to be a minor issue, is shocking and unjustifiable. It is abundantly clear to me that Dan Mumpher and Katrina McCarver are using this as an opportunity to retaliate against me, rather than addressing the situation in a fair and objective manner.

I would like to emphasize that I have no access to any systems that could be manipulated to influence any requisitions, and the decision to suspend me for such a prolonged period for what amounts to a simple email is completely unreasonable.

I urge you to thoroughly review all the relevant information, including my previous concerns raised with OEIG, as it will become evident that the current disciplinary action is a direct result of retaliation. This unjust punishment not only affects me personally but also undermines the principles of fairness and justice within our organization.

I am deeply troubled by this situation and its potential impact on my professional reputation. I request that a fair and impartial review be conducted to address this matter. I am open to providing any additional information or clarification that may assist in resolving this issue.

I trust that you will give this matter the attention it deserves and take the necessary steps to rectify this situation promptly.

Thank you for your understanding and prompt attention to this urgent matter.

\# Retaliation

# Discrimination

**Subject: Formal Grievance Regarding Human Resources Specialist Position Filling - Requisition 30742**

Dear All,

I am writing to formally address a critical matter concerning the recent selection process for the Human Resources Specialist position under requisition 30742 within our organization. As a dedicated member of AFSCME, it has come to my attention that there have been serious deviations from the established procedures, particularly in relation to the collective bargaining rights associated with this position.

In accordance with our master contract, as outlined in Article XIX, page 107, section B for RC-62, it is explicitly stated that the most senior employee meeting the qualifications is to be awarded the position. Shockingly, despite being the most senior candidate eligible for the role with a tenure dating back to January 2015, it has become apparent that I was not provided with the opportunity to be considered for this position, as per the contractual agreement. Upon closer examination, it has become evident that my seniority surpasses that of at least one of the individuals who were ultimately selected for the position.

Regrettably, I was informed that the decision to bypass me for the position was attributed to an error made by labor/management, as communicated by Katrina McCarver. However, it is of utmost concern that such a decision directly contravenes the terms of our collective bargaining agreement, as the union was not engaged or given the opportunity to review or approve the decision, as is required by our established processes.

I must emphasize that the union did not endorse the bypassing of eligible employees for the Human Resources Specialist position during the bargaining process, and no formal agreement or approval was provided in this regard. I have been made aware that CMS labor raised concerns about the bypassing of employees for unspecified reasons, yet the union did not provide its consent or endorsement for such actions, nor were any relevant agreements signed to support this deviation from the contractual obligations.

Furthermore, it is imperative to note that the disciplinary action on my employee record should not have been a factor in the decision-making process, as the union and CMS labor never formally agreed to consider such factors. In fact, the union did not agree to those terms. Additionally, it has been years since the report on my employee record, and as per our contractual agreement, any disciplinary action over two years old is nullified.

Maintaining the integrity of our collective bargaining agreement and ensuring the fair and transparent application of the established procedures is of paramount importance to me. Therefore, I respectfully request that a thorough review of the process for filling the Human Resources Specialist position under requisition 30742 be conducted to rectify this issue and to ensure that the rightful application of the contractual provisions is upheld.

I am fully prepared to engage in constructive dialogue to address this matter in a manner consistent with the terms of our collective bargaining agreement. I trust that this issue will be given the attention it deserves, and I look forward to a timely and equitable resolution.

Thank you for your attention and understanding in this critical matter.

Sincerely,

*Israel Aceves*

Israel Aceves



**AFSCME / State of Illinois**
**CONTRACT GRIEVANCE**

**648080**

| | | |
|---|---|---|
| **Employee's Name**: Israel Aceves | **Agency**: CMS | **AFSCME Local No.**: 2991 | **Date Raised at Step 1**: 12/6/23 |

**Job Title**: Human Resources Rep.   **RC**: 62   **Facility or Office**: Champaign

### STEP 1 - Oral Step

_____   12/6/23
Signature of immediate supervisor acknowledging discussion of grievance.   (Date of Discussion)

*Israel Aceves*   12/6/23
Signature of employee or union acknowledging discussion of grievance.   (Date)

### STEP 2 - (To be submitted within 5 work days after supervisor's answer given or due, whichever occurs first.)

**Statement of Grievance** (Include facts of the complaint, sections of the Agreement violated - if applicable, and relief requested):

The Employer violated Article XIX section 5 and all other articles that pertain to where Mr. Aceves is the top bidder for position Human Resources Specialist (Req.30742) and was bypass the position that was offered to someone with less seniority with the State.

Remedy: The position should be offered to Mr. Aceves and he is made whole with reactive pay from the date the position was filled to another bidder.

**Employee** _____   **AFSCME hereby appeals the grievance to Step 2** _____   _____
(Union Representative)   (Date)

**Date received by Intermediate Administrator or Designee**   _____   _____
(DATE)   (INITIALS)

**Answer** (to be given within 15 working days of receipt - use attachment if additional space is required)

**Date settlement meeting held** _____

Signature _____ Date _____
(Employer Representative)

☐ Accepted by Union   ☐ Rejected by Union   Signature _____ Date _____
(Union Representative)

### STEP 3 - To be submitted to Agency Head (certified mail - return receipt recommended) within 15 working days after Step 2 answer was given or due, whichever occurs first. Local must send copy to Council 31 (include fact sheets, information and documentation with Union copy only.)

**AFSCME hereby appeals the grievance to STEP 3**   Signature _____ Date _____
(Union Representative)

### STEP 4 - To be submitted to Director of Central Management Services within 15 days after Step 3 sign off.

**AFSCME hereby appeals the grievance to STEP 4.**   Signature _____ Date _____
(Union Representative)

*15 day suspension*

# ILLINOIS DEPARTMENT OF CENTRAL MANAGEMENT SERVICES
## PERSONNEL/POSITION ACTION FORM

**PRINTED:** 01/05/2024
**SS #:** 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

### EMPLOYEE INFORMATION

| LAST NAME | FIRST | INIT | SEX | RACE | VET | EDUC | TIER 1/2 | DATE OF BIRTH |
|---|---|---|---|---|---|---|---|---|
| ACEVES | ISRAEL | | M | S | N | 5 | | 03/06/1991 |
| ACEVES | ISRAEL | | M | S | N | 5 | 2 | 03/06/1991 |

| STREET ADDRESS | CITY | COUNTY | STATE | ZIP CODE | NAT ORIG |
|---|---|---|---|---|---|
| 1515 SCOTTSDALE DR | CHAMPAIGN | 010 | IL | 61821 | 000 |
| 1515 SCOTTSDALE DR | CHAMPAIGN | 010 | IL | 61821 | 000 |

| PAY PLAN | PAY GRADE | PAY STEP | SALARY | PAY RATE | FULL/PT TIME | FUNDING | PAYROLL DEPT. | CODE APPROP. | CORRECTED SOCIAL SECURITY NO. | BARGAINING UNIT CODE | PERF. CODE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| B | 00 | 02 | $5,567.00 | M | F | 00 | 37 | 075 | | RC-062 | |
| B | 00 | 02 | $5,567.00 | M | F | | 37 | 075 | | RC-062 | |

| CONTINUOUS SERVICE DATE | SENIORITY/DATE | CREDITABLE SERVICE DATE | APPT. EXPIRATION DATE | STATUS | SUSPENSION/LOA RETURN DATE | APPT. REQ. NO. | DISABILITY |
|---|---|---|---|---|---|---|---|
| 01/16/2015 | 01/16/2015 | 05/01/2023 | | A | | | |
| 01/16/2015 | 01/16/2015 | 05/01/2023 | | A | 01/24/2024 | | |

### POSITION INFORMATION

| POSITION TITLE (NAME) | POSITION NUMBER | EXMT CODE | WORK COUNTY | A/I AUTH | AUDIT | POS DES COMP |
|---|---|---|---|---|---|---|
| HUMAN RESOURCES REP OPT - SS | 19692-37-21-100-31-02 | 0 | 010 | | | |
| HUMAN RESOURCES REPRESENTATIVE OPT - SS | 19692-37-24-400-31-02 | 0 | 010 | | | |

### TRANSACTION INFORMATION

**LAST TRANS**

| TRANSACTION NAME | TRANS CODE | EFFECTIVE DATE | PRIORITY |
|---|---|---|---|
| | | | |

**THIS TRANS**

| TRANSACTION NAME | TRANS CODE | EFFECTIVE DATE | PRIORITY |
|---|---|---|---|
| Suspension 30 Days or Less | BA082 | 01/09/2024 | 0 |

**CODES**

**STATUS**
- A-CERTIFIED
- B-PROB. 4 MOS
- C-PROS. 6 MOS
- D-PROVISIONAL
- E-3 MONTH CERT
- F-EXEMPT
- G-TEMPORARY
- H-EMERGENCY
- I-8 MONTH CERT
- J-TRAINEE
- K-TRAINEE
- L-TRAINEE
- M-9 MONTH CERT
- N-12 MONTH CERT
- O-137 DAYS
- P-18 MONTH (UMP)
- Q-INTERIM ASSIGN

**EXEMPT**
- 0-NOT EXEMPT
- 1-PRIVATE SECRETARY
- 2-ADMINISTRATIVE HEAD
- 3-POLICY MAKER
- 4-UNSKILLED
- 5-LIC. ATTORNEY
- 6-OUT OF STATE
- 7-TECH ADVSR WC COMM
- B-PARTIAL EXEMPTION
- S-PARTIAL EXMPT BY

### REMARKS

ATT: CHARGES  $5,567.00 + $278.00BIL

THIS IS A FIFTEEN (15) CALENDAR DAY SUSPENSION - JANUARY 9, 2024 WITH A RETURN DATE OF JANUARY 24, 2024

PRE-D HELD NOVEMBER 27, 2023 - REBUTTAL RECEIVED NOVEMBER 30, 2023

---

EMPLOYEE SIGNATURE (REQUIRED ON VOLUNTARY ACTION): *Israel Aceves*  DATE: 01/08/24
AGENCY APPROVAL (OPTIONAL):  DATE:

SIGNATURE OF PERSON SERVING SUSP/DISC: *Israel Aceves*  DATE: 01/08/24
BY MAIL ☐  IN PERSON ☐
AGENCY BUDGETARY (OPTIONAL):  DATE:

DIRECTOR OF CENTRAL MANAGEMENT SERVICES:  DATE:
AGENCY HEAD APPROVAL: *Raven DeVaughn by Patricia Young*  DATE: 1/5/2024

January A

## CEP Follow-Up: Bypass Requests 6 of 23

- Discipline must be job-related and not so distant so as not to be reasonably relied upon.
    - How distant must it be?
        - 2 years for some actions, more for others
- Criminal Background Checks - agency policy on what positions get background checks
- Executive Order #7 from 1979. CMS guidance memo from 2018.

## CEP Follow-Up: Bypass Requests 18 of 23

### Consequences

If an employer unlawfully discriminates based on a conviction record the ***employer*** may be liable for relief, including cease-and-desist order; actual damages to compensate for loss or injury; hiring, reinstatement, or promotion with backpay and fringe benefits; action to make the injured party whole; admission into or restoration of membership; and attorneys fees and costs.